## (February 22, 1982)

■ ILSE JORGENSEN, Appellant-Respondent, v ARNOLD C. JORGENSEN, Respondent-Appellant. — On the court's own motion, the decision and order in the above-entitled case dated February 16, 1982 (86 AD2d 861), are amended by deleting from the decretal paragraph thereof the words "the one child" and substituting therefor the words "each child", and from the third paragraph of the decision the word "older" and substituting the word "oldest". Gibbons, J. P., Gulotta, O'Connor and Bracken, JJ., concur.